IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| QUINCY NELSON | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv3 |
| KEN PAXTON, ET AL. | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Quincy Nelson, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for preliminary injunction filed by plaintiff be denied.

The court has received and considered the Report and Recommendation. Plaintiff filed objections.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. As a result of plaintiff's transfer to another prison unit, the magistrate judge correctly concluded that his request for preliminary injunctive relief is moot.

ORDER

Accordingly, the objections filed by plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motion for preliminary injunction (doc. no. 42) is **DENIED**.

**SIGNED** this the **18** day of **July, 2022.**

_____
Thad Heartfield
United States District Judge